### STATE OF CONNECTICUT *v.* ERIC HENRY

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 714 (AC 25252), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*John Holdridge* and *Mark Rademacher*, assistant public defenders, *Michael K. Courtney* and *Barry A. Butler*, senior assistant public defenders, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided November 3, 2005